**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ESCAMBIA COUNTY SCHOOL DISTRICT

v. JUUL LABS, INC. et. al

*This Document Relates to:*

IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION   3:19-md-02913 (WHO)

3:20-cv-00459 (WHO)

**NOTICE OF DISMISSAL**

Hon. William H. Orrick

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS**

Plaintiff, by and through counsel hereby gives notice that the above-captioned action is dismissed with prejudice, against the following Defendants, to the extent that they are Defendants in this action[1]:

- ALTRIA GROUP, INC.;
- ALTRIA CLIENT SERVICES LLC;
- ALTRIA GROUP DISTRIBUTION COMPANY;
- ALTRIA ENTERPRISES LLC
- PHILIP MORRIS USA, INC.;
- NU MARK LLC
- NU MARK INNOVATIONS LTD.

---

[1] To the extent Plaintiff has asserted any other claims against any other defendant(s) not referenced herein, Plaintiff **does not** dismiss any pending claims against those defendant(s). For clarity, Plaintiff previously dismissed claims against JUUL Labs Inc., PAX Labs Inc., the Management Defendants, the E-Liquid Manufacturing Defendants, the Distributor Defendants, and the Retailer Defendants.

Dated: May 28, 2024

Respectfully Submitted,

/s/ T. Roe Frazer II

T. Roe Frazer II
Thomas Roe Frazer III
FRAZER PLC
30 Burton Hills Blvd., Suite 450
Nashville, TN 37215
Tel.: (615) 647-6464
roe@frazer.law
trey@frazer.law

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2024, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

*/s/ T. Roe Frazer II*

4868-5752-7227, v. 1